| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HART, WILLIAM T. | 2. Court or Organization<br><br>NORTHERN DISTRICT OF ILLINOIS | 3. Date of Report<br><br>07/29/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 2502<br>Chicago, IL 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | NORTHERN DISTRICT OF ILLINOIS COURT HISTORICAL ASSOCIATION, an Illinois not-for-profit corporation |
| 2. DIRECTOR AND SECRETARY | THE CLARE CHARITABLE FOUNDATION, an Illinois not-for-profit corporation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. (H) IRA #1 J.P. MORGAN SEC. LLC | E | Distribution | O | T | | | | | |
| 2. --NUVEEN PFD & INCOME | | | | | | | | | |
| 3. --DRU, INC. | | None | | T | Matured | 06/14/15 | K | A | See note 1 in Section VIII |
| 4. --Caterpillar FNL SVC | | None | | T | Matured | 02/07/14 | K | A | See note 2 in Section VIII |
| 5. .--EXCO Resources INC | C | Interest | K | T | Buy | 02/28/14 | K | | See note 3 in Section VIII |
| 6. --M&T Capital Trust | | | | T | | | | | |
| 7. --PETROAS INTL FIN CO | C | Interest | K | T | Buy | 04/04/14 | L | | See note 3 in Section VIII |
| 8. ANGLOGOD ASHANTI HLDGS PLC | C | Interest | K | T | Buy | 04/29/14 | K | | See note 3 in Section VIII |
| 9. --U.S. Steel Corp. Bond | | | | | | | | | |
| 10. EXCO RES INC | C | Interest | L | T | Buy | 07/17/14 | L | | See note 3 in Section VIII |
| 11. WELLS FARGO & CO | C | Interest | L | T | Buy | 07/21/14 | K | | See note 3 in Section VIII |
| 12. --JP Morgan Deposit Account B | | | | | | | | | |
| 13. BANK AMER CORP | C | Interest | L | T | Buy | 09/09/14 | L | | See note 3 in Section VIII |
| 14. --Cliffs Nat. Res (CLF) | | | | | | | | | |
| 15. --Freeport-McMoRan (FCX) | | | | | | | | | |
| 16. --First Energy Corp. (FE) | | | | | | | | | |
| 17. --Orange-Spon ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPMRF | C | Interest | J | T | Buy | 02/05/15 | K | | |
| 19. Royal Dutch | A | Interest | J | T | Buy | 03/11/15 | J | | |
| 20. JPMPRG | A | Interest | J | T | Buy | 05/28/15 | J | | |
| 21. EXCO R. Inc. | | None | K | T | Buy | 12/08/15 | K | | |
| 22. First Energy | | None | K | T | Buy | 12/08/15 | K | | |
| 23. GLAXOSK | | None | J | T | Buy | 12/28/15 | J | | |
| 24. (H) J.P. Morgan Sec. LLC TRUST ACCT | | | | | | | | | |
| 25. British Petroleum | B | Dividend | K | T | | | | | |
| 26. KKR Fin. (KNFRR) | C | Dividend | K | T | | | | | |
| 27. Duke Energy | A | Dividend | J | T | | | | | |
| 28. PEABODY ENERGY CORP | C | Interest | L | T | Buy | 01/01/14 | L | | See note 3 in Section VIII |
| 29. Bristol Meyers Squibb | B | Dividend | K | T | | | | | |
| 30. General Electric | A | Dividend | K | T | | | | | |
| 31. Blackrock Mont. | C | Dividend | K | T | | | | | |
| 32. Luzerne, CO GO B | B | Interest | | | Redeemed | 12/15/15 | L | A | |
| 33. Kansas CY CLGS | A | Interest | | | Redeemed | 07/01/15 | J | A | |
| 34. CHS INC | B | Dividend | K | T | Buy | 09/15/14 | K | | See note 3 in Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deutsche BK Cap III | B | Dividend | K | T | Buy | 02/12/08 | K | | See note 4 in Section VIII |
| 36. Vale SA (Vale) | A | Interest | K | T | Buy | 05/22/13 | K | | See note 4 in Section VIII |
| 37. Goldman Sachs | B | Dividend | K | T | | | | | \ |
| 38. JP Morgan Dep. Ac B | A | Interest | K | T | | | | | |
| 39. Puerto Rico E.W.PA | B | Interest | | | Sold | 07/17/15 | K | A | |
| 40. Transoceanic, Inc. | B | Interest | K | T | Buy | 01/16/15 | K | | |
| 41. J.P. Morgan Chase | A | Interest | J | T | Buy | 05/28/15 | J | | |
| 42. Schwab Corp PFD | B | Dividend | K | T | Buy | 07/27/15 | K | | |
| 43. GSKRLC | | None | J | T | Buy | 12/28/15 | J | | |
| 44. (H) Stofan Agazzi Acct. | | | | | | | | | |
| 45. ILL ST UNIV CTF | A | Interest | K | T | Buy | 05/13/14 | K | | See note 3 in Section VIII |
| 46. Walgreen | A | Dividend | J | T | | | | | |
| 47. Romeoville, IL GO | A | Interest | K | T | Redeemed (part) | 12/30/15 | K | A | |
| 48. Wash. St. Higher Ed. Fac Bond | B | Interest | K | T | | | | | |
| 49. Ill. St. U. Rev. B | B | Interest | J | T | | | | | |
| 50. Rancho Mirage CA B | A | Interest | | | Redeemed | 04/01/15 | J | A | |
| 51. Hummer Sweep Act. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harris BMO Bank (Checking) | A | Interest | L | T | | | | | |
| 53. Harris BMO Bank (Savings) | A | Interest | M | T | | | | | |
| 54. Mass. Mut. Life Ins. (Paid Up) | | None | K | T | | | | | |
| 55. The Clare Residency Deposit Acct. | | None | O | T | | | | | |
| 56. Western Union | | None | | T | Sold | 08/01/14 | J | D | See note 5 in Section VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1, VII. Investments and Trusts, Line 3:  This note matured on 06/14/2014.  The maturity was not shown on the 2014 report.

Note 2, VII. Investments and Trusts, Line 4:  This note matured on 02/07/14.  The maturity was not shown on the 2014 report.

Note 3, VII. Investments and Trusts:  Transactions not shown on Amended 2014 report but were on initial 2014 report.

Note 4, VII. Investments and Trusts: This investment information is corrected as reported.

Note 5, VII. Investments and Trusts: Sold transaction was shown on initial 2014 report, line 33, but was not shown on amended report.

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T. | 07/29/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM T. HART**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544